THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

STANSLY MAPONGA                    §
                                   §
v.                                 §        CIVIL NO. 4:24-CV-00587-SDJ-BD
                                   §
CITY OF FRISCO, ET AL.             §
                                   §
                                   §

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 30, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #20), that Defendant's Motion to Strike, (Dkt. #18), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Strike, (Dkt. #18), is **GRANTED** and Plaintiff's proposed amended complaint, (Dkt. #16), is **STRUCK**.

So ORDERED and SIGNED this 28th day of July, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE